UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


HOPE COFFMAN, et al.                    )
                                        )
v.                                      )     NO. 1:11-0063
                                        )     JUDGE CAMPBELL
WAL-MART STORES EAST, LP                )


ORDER


This case is REFERRED to the Magistrate Judge for customized case management in

accordance with Local Rule 16.01.

Pursuant to Local Rule 16.01(e)(1) and Fed. R. Civ. P. 26(d), discovery is not stayed

absent order of the District Judge.

This case shall be set for trial upon completion of the initial case management conference

by order of the District Judge in accordance with the procedures of Local Rule 16.01(d)(5).

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE